THE STATE, THE NEW YORK AND GREENWOOD LAKE RAILWAY COMPANY, PROSECUTOR, v. THE CIRCUIT COURT OF THE COUNTY OF ESSEX.

On *certiorari.*

Argued at February Term, 1896, before Justices DEPUE, VAN SYCKEL and GUMMERE.

For the prosecutor, *Cortlandt Parker & Son.*

For the defendant, *Charles H. Halfpenny.*

PER CURIAM.

This writ brings up for review an order made by the Circuit Court of the county of Essex, dismissing an appeal taken to that court by the prosecutor for the purpose of having reviewed by that court an ordinance which was passed by the township committee of Bloomfield township, in that county, requiring the prosecutor to protect certain grade crossings by gates and flagmen. The case under consideration is identical in all respects with that of State, John G. McCullough, Receiver, &c., v. The Circuit Court of the County of Essex, decided at the present term of this court, and the order brought up for review is sustained and the writ of *certiorari* dismissed for the reason stated in the opinion in that case.